UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| GARY W. PETERSON and | ) | No. 15-82062 |
| KATHLEEN K. PETERSON, | ) | |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

### CERTIFICATE OF MAILING

I, the undersigned, on oath state that on May 17, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed on the attached service list.

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com

\\EGBLC2\TMDocs\3\160012\PLED\NFR notice0903.docx

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 15-82062<br>Northern District of Illinois<br>Rockford<br>Tue May 17 09:13:45 CDT 2016 | Alvin and Francis Dugar<br>4406 Brendenwood Road<br>Rockford, IL 61107-2260 | AmeriCash Loans, L.L.C.<br>P.O. Box 184<br>Des Plaines, IL 60016-0003 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Ameriprise Financial Services<br>c/o Kane & Fischer, Ltd.<br>208 South LaSalle St., Suite 1800<br>Chicago, IL 60604-1157 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 |
| Lincoln Automotive Financial Services<br>C/O Ford Motor Credit Company LLC<br>Dept. 55953<br>P.O. Box 55000<br>Detroit, MI 48255-0001 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, Il 61108-2582 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | Portfolio Recovery Associates, LLC<br>Successor to Nordstrom<br>POB 41067<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |