UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| GARY W. PETERSON and | ) | No. 15-82062 |
| KATHLEEN K. PETERSON, | ) | |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

CERTIFICATE OF MAILING

I, the undersigned, on oath state that on May 17, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Gary W. Peterson
1749 Fox Wood Court
Rockford, IL 61107-2408

Kathleen K. Peterson
1749 Fox Wood Court
Rockford, IL 61107-2408

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com

\\EGBLC2\TMDocs\PLED\nfrcertificatetodebtors1006.docx