# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: PETERSON, GARY W. § Case No. 15-82062
      PETERSON, KATHLEEN K. §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $224,685.00        Assets Exempt: $5,885.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,600.17      Claims Discharged
                                                     Without Payment: $554,714.95

Total Expenses of Administration: $5,224.83

---

    3) Total gross receipts of $ 22,825.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,825.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $273,065.00 | $54,277.54 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,224.83 | 5,224.83 | 5,224.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 622,814.03 | 486,709.00 | 486,709.00 | 17,600.17 |
| **TOTAL DISBURSEMENTS** | $895,879.03 | $546,211.37 | $491,933.83 | $22,825.00 |

4) This case was originally filed under Chapter 7 on August 11, 2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2016    By: /s/MEGAN G. HEEG
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Lincoln Navigator | 1129-000 | 22,825.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,825.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ford Motor Credit LLC | 4110-000 | 54,000.00 | 54,277.54 | 0.00 | 0.00 |
| NOTFILED | PHH Mortgage Mortgage Service Center | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayview Loan Servicing LLC | 4110-000 | 159,065.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$273,065.00** | **$54,277.54** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,032.50 | 3,032.50 | 3,032.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,062.50 | 2,062.50 | 2,062.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 80.75 | 80.75 | 80.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 17.46 | 17.46 | 17.46 |
| Rabobank, N.A. | 2600-000 | N/A | 31.62 | 31.62 | 31.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,224.83 | $5,224.83 | $5,224.83 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AmeriCash Loans, L.L.C. | 7100-000 | 658.00 | 633.10 | 633.10 | 22.90 |
| 3 | Lincoln Automotive Financial Services | 7100-000 | N/A | 54,527.54 | 54,527.54 | 1,971.80 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 433.65 | 291.04 | 291.04 | 10.52 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 908.85 | 1,081.83 | 1,081.83 | 39.12 |
| 6 | American Express Bank, FSB | 7100-000 | 48,158.59 | 26,093.79 | 26,093.79 | 943.59 |
| 7 | American Express Bank, FSB | 7100-000 | N/A | 21,764.80 | 21,764.80 | 787.05 |
| 8 | Capital One, N.A. | 7100-000 | 410.94 | 389.65 | 389.65 | 14.09 |
| 9 | Alvin and Francis Dugar | 7100-000 | 60,000.00 | 20,000.00 | 20,000.00 | 723.23 |
| 10 | Ameriprise Financial Services | 7100-000 | 426,637.88 | 359,707.85 | 359,707.85 | 13,007.61 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,219.40 | 2,219.40 | 80.26 |
| NOTFILED | John Morrissey Accountants, Inc. | 7100-000 | 1,641.74 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase c/o AlliedInterstate | 7100-000 | 1,152.77 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Nordstrom c/o Portfolio Recovery Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LCU Properties, Inc. | 7100-000 | 2,550.61 | N/A | N/A | 0.00 |
| NOTFILED | Wisconsin Electric Power Company c/o Harris & Harris, | 7100-000 | 481.51 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 21,507.23 | N/A | N/A | 0.00 |
| NOTFILED | PHH Mortgage Corporation c/o Codilis & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 294.84 | N/A | N/A | 0.00 |
| NOTFILED | Baird c/o Moira K. Moran | 7100-000 | 47,275.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 1,324.15 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management Services, LP | 7100-000 | 9,378.27 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $622,814.03 | $486,709.00 | $486,709.00 | $17,600.17 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82062  
**Case Name:** PETERSON, GARY W.  
PETERSON, KATHLEEN K.  
**Period Ending:** 08/08/16

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/11/15 (f)  
**§341(a) Meeting Date:** 09/17/15  
**Claims Bar Date:** 04/08/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  1749 Fox Wood, Rockford, IL 61107<br>Imported from original petition Doc# 1 | 220,000.00 | 935.00 | | 0.00 | FA |
| 2  cash<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 3  Credit Union<br>Imported from original petition Doc# 1 | 35.00 | 929.37 | | 0.00 | FA |
| 4  Rockford Bank & Trust<br>Imported from original petition Doc# 1 | 300.00 | 880.43 | | 0.00 | FA |
| 5  household goods, furnishings, books and pictures<br>Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 6  used clothing<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 7  jewelry<br>Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 8  Prudential (term insurance)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Pension from PBGC - $1966.00 per month<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  2012 Lincoln Navigator<br>Imported from original petition Doc# 1 | 45,000.00 | 22,825.00 | | 22,825.00 | FA |
| 11  FURS AND JEWELRY (u)<br>debtors state: beaver jacket (200), fox parka (200), full length minkj coat w/ trimed fox sleeves (350), short ranch mink (200) red lipstick sheared beaver (250) | Unknown | 0.00 | | 0.00 | FA |
| 12  potential avoid trans/preference - restitution (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13  2014 tax refunds (state = 727 & fed = 653) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14  BANK ACCOUNTS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$269,685.00** | **$25,569.80** | | **$22,825.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 08/08/2016 08:57 AM    V.13.28

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82062  
**Case Name:** PETERSON, GARY W.  
PETERSON, KATHLEEN K.  
**Period Ending:** 08/08/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/11/15 (f)  
**§341(a) Meeting Date:** 09/17/15  
**Claims Bar Date:** 04/08/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016  **Current Projected Date Of Final Report (TFR):** May 2, 2016 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-82062 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** PETERSON, GARY W. | **Bank Name:** Rabobank, N.A. |
| PETERSON, KATHLEEN K. | **Account:** ******6866 - Checking Account |
| **Taxpayer ID #:** **-***5497 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 08/08/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/14/16 | | Hack's Auction and Realty Services, Inc. | sale of car at auction | | 22,825.00 | | 22,825.00 |
| | {10} | Lincoln Automotive Financial Services | 27,000.00 | 1129-000 | | | 22,825.00 |
| | {10} | Lincoln Automotive Financial Services | auctioneer's fee    -4,050.00 | 1129-000 | | | 22,825.00 |
| | {10} | Lincoln Automotive Financial Services | vehicle procurement & fuel    -125.00 | 1129-000 | | | 22,825.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.46 | 22,807.54 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.62 | 22,775.92 |
| 06/27/16 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $3,032.50, Trustee Compensation; Reference: | 2100-000 | | 3,032.50 | 19,743.42 |
| 06/27/16 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,062.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,062.50 | 17,680.92 |
| 06/27/16 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $80.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 80.75 | 17,600.17 |
| 06/27/16 | 104 | AmeriCash Loans, L.L.C. | Dividend paid 3.61% on $633.10; Claim# 1; Filed: $633.10; Reference: | 7100-000 | | 22.90 | 17,577.27 |
| 06/27/16 | 105 | Lincoln Automotive Financial Services | Dividend paid 3.61% on $54,527.54; Claim# 3; Filed: $54,527.54; Reference: | 7100-000 | | 1,971.80 | 15,605.47 |
| 06/27/16 | 106 | Capital One Bank (USA), N.A. | Dividend paid 3.61% on $291.04; Claim# 4; Filed: $291.04; Reference: | 7100-000 | | 10.52 | 15,594.95 |
| 06/27/16 | 107 | Quantum3 Group LLC as agent for | Dividend paid 3.61% on $1,081.83; Claim# 5; Filed: $1,081.83; Reference: | 7100-000 | | 39.12 | 15,555.83 |
| 06/27/16 | 108 | American Express Bank, FSB | Dividend paid 3.61% on $26,093.79; Claim# 6; Filed: $26,093.79; Reference: | 7100-000 | | 943.59 | 14,612.24 |
| 06/27/16 | 109 | American Express Bank, FSB | Dividend paid 3.61% on $21,764.80; Claim# 7; Filed: $21,764.80; Reference: | 7100-000 | | 787.05 | 13,825.19 |
| 06/27/16 | 110 | Capital One, N.A. | Dividend paid 3.61% on $389.65; Claim# 8; Filed: $389.65; Reference: | 7100-000 | | 14.09 | 13,811.10 |
| 06/27/16 | 111 | Alvin and Francis Dugar | Dividend paid 3.61% on $20,000.00; Claim# 9; Filed: $20,000.00; Reference: | 7100-000 | | 723.23 | 13,087.87 |
| 06/27/16 | 112 | Ameriprise Financial Services | Dividend paid 3.61% on $359,707.85; Claim# 10; Filed: $359,707.85; Reference: | 7100-000 | | 13,007.61 | 80.26 |
| 06/27/16 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 3.61% on $2,219.40; Claim# 11; Filed: $2,219.40; Reference: | 7100-000 | | 80.26 | 0.00 |

| | | | Subtotals : | | $22,825.00 | $22,825.00 | |

{} Asset reference(s)                                                                  Printed: 08/08/2016 08:57 AM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 15-82062 | **Trustee:** | MEGAN G. HEEG (330490) |
| **Case Name:** PETERSON, GARY W. | **Bank Name:** | Rabobank, N.A. |
| PETERSON, KATHLEEN K. | **Account:** | ******6866 - Checking Account |
| **Taxpayer ID #:** **-***5497 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** 08/08/16 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 22,825.00 | 22,825.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,825.00 | 22,825.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,825.00** | **$22,825.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6866** | 22,825.00 | 22,825.00 | 0.00 |
| | $22,825.00 | $22,825.00 | $0.00 |

{} Asset reference(s)                          Printed: 08/08/2016 08:57 AM    V.13.28